**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Frederick Charles Tranfield, Petitioner,

v.

Lilly Sophia Tranfield, Respondent.

Appellate Case No. 2018-001986

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal From Charleston County
Jack A. Landis, Family Court Judge

---

Opinion No. 2019-MO-038
Heard September 25, 2019 – Filed October 2, 2019

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Chris Paton, of Chris Paton, LLC, of Mount Pleasant, and Courtney Wall Kerce, of Courtney Wall Kerce Family Law, LLC, of Daniel Island, for Petitioner.

Gregory Samuel Forman, of Gregory S. Forman, PC, of Charleston, for Respondent.

**PER CURIAM:** We issued a writ of certiorari to review the court of appeals' decision in *Frederick Charles Tranfield v. Lilly Sophia Tranfield*, Op. No. 2018-UP-348 (S.C. Ct. App. filed Aug. 1, 2018). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, JAMES, JJ., and Acting Justice James E. Lockemy, concur.**